# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re: AGUILAR, JONATHAN DAVID　　§　　Case No. 19-11360 1
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　Barbara Rivera-Fulton, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $83,973.04 *(without deducting any secured claims)* | Assets Exempt: $81,552.16 |
| Total Distributions to Claimants: $3,725.33 | Claims Discharged Without Payment: $761,371.54 |
| Total Expenses of Administration: $12,108.00 | |

　　　3) Total gross receipts of $15,833.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,833.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,108.00 | $12,108.00 | $12,108.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $517.00 | $781.61 | $781.61 | $781.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $814,841.91 | $1,332,186.77 | $725,718.21 | $2,943.72 |
| **TOTAL DISBURSEMENTS** | $815,358.91 | $1,345,076.38 | $738,607.82 | $15,833.33 |

4) This case was originally filed under chapter 7 on 05/21/2019. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2022          By: /s/ Barbara Rivera-Fulton
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reimbursement of preferential payment | 1241-000 | $15,833.33 |
| **TOTAL GROSS RECEIPTS** | | **$15,833.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barbara Rivera-Fulton | 2100-000 | NA | $2,333.33 | $2,333.33 | $2,333.33 |
| Trustee, Expenses - Barbara Rivera-Fulton | 2200-000 | NA | $381.59 | $381.59 | $381.59 |
| Attorney for Trustee Fees - Barbara Rivera Fulton | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $316.66 | $316.66 | $316.66 |
| Attorney for Trustee Fees (Other Firm) - Chaffe McCall, LLP | 3210-000 | NA | $8,226.42 | $8,226.42 | $8,226.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,108.00 | $12,108.00 | $12,108.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-2 | Internal Revenue Service | 5800-000 | $368.00 | $781.61 | $781.61 | $781.61 |
| N/F | LA Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Louisiana Department of Revenue | 5600-000 | $149.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $517.00 | $781.61 | $781.61 | $781.61 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NBT Bank NA | 7100-000 | $31,170.85 | $31,326.87 | $31,326.87 | $127.08 |
| 2U-2 | Internal Revenue Service | 7300-000 | $0.00 | $7.77 | $7.77 | $0.00 |
| 3 | Samuel, Son & Co. (USA) Inc. | 7100-000 | $59,116.01 | $63,390.39 | $63,390.39 | $257.13 |
| 4 | Hancock Whitney Bank | 7100-000 | $625,958.00 | $606,468.56 | $0.00 | $0.00 |
| 5 | Andrew Ryan | 7100-000 | $60,000.00 | $499,553.18 | $499,553.18 | $2,026.35 |
| 6 | Meaghan Ryan | 7100-000 | $0.00 | $131,440.00 | $131,440.00 | $533.16 |
| N/F | Allstate Transport, Inc. | 7100-000 | $2,012.75 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hancock Whitney Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | James R. Nieset, Esq. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | LendingClub | 7100-000 | $34,084.30 | NA | NA | NA |
| N/F | Regions Bankcard | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$814,841.91** | **$1,332,186.77** | **$725,718.21** | **$2,943.72** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 19-11360 1
Case Name: AGUILAR, JONATHAN DAVID
For Period Ending: 09/09/2022

Trustee Name: (380060) Barbara Rivera-Fulton
Date Filed (f) or Converted (c): 05/21/2019 (f)
§ 341(a) Meeting Date: 06/28/2019
Claims Bar Date: 09/30/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 2013 Honda Accord | 7,800.00 | 300.00 | OA | 0.00 | FA |
| 2 | Household Good | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Electronics | 500.00 | 500.00 | OA | 0.00 | FA |
| 4 | Firearms | 250.00 | 0.00 | OA | 0.00 | FA |
| 5 | Wearing Apparel | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Jewelry | 617.00 | 617.00 | OA | 0.00 | FA |
| 7 | Pets | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Guitar | 200.00 | 0.00 | OA | 0.00 | FA |
| 9 | Cash on Hand | 4.00 | 4.00 | | 0.00 | FA |
| 10 | Bank Account | 9.88 | 9.88 | | 0.00 | FA |
| 11 | Interest in AJH LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | Interest in Manufab Partners, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Interest in Cowbell Rebellion, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | 401(k) Plans | 69,602.16 | 0.00 | OA | 0.00 | FA |
| 15 | Deposit | 990.00 | 990.00 | OA | 0.00 | FA |
| 16 | Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | FSA Account | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | Reimbursement of preferential payment (u) | 32,215.16 | 32,215.16 | | 15,833.33 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$116,188.20** | **$34,636.04** | | **$15,833.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2020          **Current Projected Date Of Final Report (TFR):** 02/16/2022 (Actual)

09/09/2022
Date

/s/Barbara Rivera-Fulton
Barbara Rivera-Fulton

UST Form 101-7-TDR ( 10 /1/2010)

| Case No.: | 19-11360 1 | Trustee Name: | Barbara Rivera-Fulton (380060) |
|---|---|---|---|
| Case Name: | AGUILAR, JONATHAN DAVID | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5586 | Account #: | ******6111 Checking Account |
| For Period Ending: | 09/09/2022 | Blanket Bond (per case limit): | $31,981,268.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/20 | {18} | Regions Bank | Preference Payment Reimbursement- Regions | 1241-000 | 7,860.21 | | 7,860.21 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.28 | 7,853.93 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.55 | 7,841.38 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.11 | 7,829.27 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.34 | 7,815.93 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.90 | 7,803.03 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.05 | 7,790.98 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.28 | 7,777.70 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.42 | 7,765.28 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.99 | 7,753.29 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.63 | 7,739.66 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.98 | 7,727.68 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.55 | 7,716.13 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.60 | 7,702.53 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.34 | 7,690.19 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.50 | 7,678.69 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.53 | 7,665.16 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.28 | 7,652.88 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.08 | 7,639.80 |
| 09/21/21 | {18} | JP Morgan Chase | Reimbursement-JP Morgan Chase | 1241-000 | 973.12 | | 8,612.92 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.71 | 8,600.21 |
| 10/08/21 | {18} | Vincenzo Properties LLC | Reimbursement Preference | 1241-000 | 7,000.00 | | 15,600.21 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 21.17 | 15,579.04 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 26.63 | 15,552.41 |
| 12/15/21 | 101 | Chaffe McCall, LLP | Per Ct. Order 10-21-2021 | 3210-000 | | 8,226.42 | 7,325.99 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.43 | 7,301.56 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.31 | 7,290.25 |

Page Subtotals: $15,833.33 $8,543.08

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 19-11360 1 | | Trustee Name: | | Barbara Rivera-Fulton (380060) | |
| Case Name: | AGUILAR, JONATHAN DAVID | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***5586 | | Account #: | | ******6111 Checking Account | |
| For Period Ending: | 09/09/2022 | | Blanket Bond (per case limit): | | $31,981,268.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/22 | 102 | Barbara Rivera Fulton | Dividend paid 100.00% on $500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 500.00 | 6,790.25 |
| 04/13/22 | 103 | U. S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 6,440.25 |
| 04/13/22 | 104 | Internal Revenue Service | Dividend paid 100.00% on $781.61; Claim# 2P-2; Filed: $781.61; Reference: | 5800-000 | | 781.61 | 5,658.64 |
| 04/13/22 | 105 | NBT Bank NA | Dividend paid 0.40% on $31,326.87; Claim# 1; Filed: $31,326.87; Reference: | 7100-000 | | 127.08 | 5,531.56 |
| 04/13/22 | 106 | Samuel, Son & Co. (USA) Inc. | Dividend paid 0.40% on $63,390.39; Claim# 3; Filed: $63,390.39; Reference: | 7100-000 | | 257.13 | 5,274.43 |
| 04/13/22 | 107 | Andrew Ryan | Dividend paid 0.40% on $499,553.18; Claim# 5; Filed: $499,553.18; Reference: | 7100-000 | | 2,026.35 | 3,248.08 |
| 04/13/22 | 108 | Meaghan Ryan | Dividend paid 0.40% on $131,440.00; Claim# 6; Filed: $131,440.00; Reference: | 7100-000 | | 533.16 | 2,714.92 |
| 04/13/22 | 109 | Barbara Rivera-Fulton | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,714.92 | 0.00 |
| | | Barbara Rivera-Fulton | Dividend paid 100.00% on $2,333.33; Claim# ; Filed: $2,333.33            $2,333.33 | 2100-000 | | | |
| | | Barbara Rivera-Fulton | Dividend paid 100.00% on $381.59; Claim# ; Filed: $381.59            $381.59 | 2200-000 | | | |
| | | COLUMN TOTALS | | | 15,833.33 | 15,833.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 15,833.33 | 15,833.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $15,833.33 | $15,833.33 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-11360 1 | **Trustee Name:** | Barbara Rivera-Fulton (380060) |
| **Case Name:** | AGUILAR, JONATHAN DAVID | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5586 | **Account #:** | ******6111 Checking Account |
| **For Period Ending:** | 09/09/2022 | **Blanket Bond (per case limit):** | $31,981,268.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $15,833.33 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $15,833.33 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6111 Checking Account | $15,833.33 | $15,833.33 | $0.00 |
| | **$15,833.33** | **$15,833.33** | **$0.00** |

| | |
|---|---|
| 09/09/2022 | /s/Barbara Rivera-Fulton |
| Date | Barbara Rivera-Fulton |